**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IPVENTURE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ASUSTEK COMPUTER, INC. and ASUS COMPUTER INTERNATIONAL, <br><br> Defendants. | Case No. 3:12-cv-04143 NC <br><br> **ORDER SETTING CASE MANAGEMENT CONFERENCE** |

The Court will hold a case management conference on September 12, 2012 at 10:00 a.m. in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California. The parties or lead counsel must appear in person and must be prepared to discuss all items mentioned in Civil Local Rule 16-10. No later than seven days before the conference, the parties must file in ECF a joint case management statement and proposed order. *See* Civil L.R. 16-9(a); Standing Order for all Judges of the Northern District of California. Additionally, each party must file its consent or declination to the jurisdiction of a magistrate judge by August 20, 2012. Please see this Court's Civil Standing Order for more information.

IT IS SO ORDERED.

DATED: August 14, 2012

_____
NATHANAEL M. COUSINS
United States Magistrate Judge