**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IPVENTURE, INC., | |
| Plaintiff, | No. C 12-04143 JSW |
| v. | |
| ASUS COMPUTER INTERNATIONAL, ET AL., | **ORDER REQUIRING REDLINE** |
| Defendants. | |

In considering Defendants Asustek Computer Inc. and Asus Computer International's motion to dismiss the second amended complaint, the Court would be greatly assisted by the submission of a side-by-side comparison of the relevant portions, or a redline version, of the second amended complaint, filed on July 13, 2012, and the amended complaint, filed on November 28, 2011. Therefore, IT IS HEREBY ORDERED that Plaintiff shall submit such a comparison, preferably a redline version, of the two complaints by no later than 4:00 p.m. on October 10, 2012.

**IT IS SO ORDERED.**

Dated: October 9, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE