IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IPVENTURE INC, | |
|     Plaintiff, | No. C 12-04143 JSW |
|   v. | **ORDER VACATING HEARING** |
| ASUS COMPUTER INTERNATIONAL, | |
|     Defendant. | |

This matter is scheduled for a hearing on January 11, 2013, regarding the motion to dismiss the second amended complaint. The Court VACATES the hearing, takes the motion under submission, and shall reschedule the hearing if necessary. The case management conference scheduled for February 15, 2013 remains on calendar pending further order of this Court.

**IT IS SO ORDERED.**

Dated: January 9, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE