[COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IPVENTURE, INC. ) | Case No.: 3:12-cv-04143 JSW |
| Plaintiff, ) | |
| ) | JOINT STIPULATION RESCHEDULING |
| vs. ) | CASE MANAGEMENT CONFERENCE |
| ) | AND ORDER THEREON |
| ASUSTEK COMPUTER INC. AND ) | Hon. Jeffrey S. White |
| ASUS COMPUTER INTERNATIONAL ) | |
| ) | |
| Defendants. ) | |

Plaintiff IpVenture, Inc. and Defendants ASUSTeK Computer Inc. and ASUS Computer International (collectively "ASUS"), by and through their respective counsel of record, respectfully submit this stipulation to the Court's continuing and rescheduling the Case Management Conference currently scheduled for February 15, 2013. This stipulation is made with reference to the following facts and circumstances:

On January 30, 2013, the Court entered an order granting ASUS's motion to dismiss IpVenture's Second Amended Complaint, with leave to amend. D.I. 159. On February 12, 2013, IpVenture filed its Third Amended Complaint. D.I. 161. Pursuant to the Court's order, the ASUS Defendants have fourteen days to file their response. D.I. 159 at 7. ASUS has not yet

determined the content of its response, namely whether ASUS will file an answer or pursue additional motion practice.

A case management conference is currently scheduled for February 15, 2013. D.I. 155. In the interests of judicial efficiency and economy, the parties do not object to the Court continuing the case management conference until after the defendants have had an opportunity to review IpVenture's Third Amended Complaint and file their response. Deferring the conference for approximately forty-five days (e.g., to either March 29 or April 5, 2013) would provide sufficient time should ASUS's response be a motion; and deferring the conference until March 8, 2013 provides sufficient time in the event ASUS answers the Third Amended Complaint.

In light of the foregoing, the parties hereby stipulate to the Court taking the February 15, 2013 conference off calendar and rescheduling it to a date convenient for the Court as set forth above.

| Dated: February 14, 2013 | By: */s/ Richard Birnholz* |
|---|---|
| | Counsel for Plaintiff IpVenture, Inc. |
| | |
| | IRELL & MANELLA LLP |
| | Morgan Chu (State Bar No. 70446) |
| | mchu@irell.com |
| | Richard M. Birnholz (State Bar No. 151543) |
| | rbirnholz@irell.com |
| | Babak Redjaian (State Bar No. 185506) |
| | bredjaian@irell.com |
| | 1800 Avenue of the Stars, Suite 900 |
| | Los Angeles, CA 90067-4276 |
| | Telephone: (310) 277-1010 |
| | Facsimile: (310) 203-7199 |
| Dated: February 14, 2013 | By: */s/ Michael J. Engle* |
| | Counsel for Defendants ASUSTeK Computer Inc. and ASUS Computer International |
| | |
| | John P. Schnurer |
| | jschnurer@perkinscoie.com |
| | Michael J. Engle |
| | mengle@perkinscoie.com |
| | PERKINS COIE LLP |
| | 11988 El Camino Real, Suite 200 |

Page **2**

Case No.: 3:12-cv-04143 JSW
JT STIP RESCHEDULING CASE MANAGEMENT CONFERENCE

ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE

Pursuant to stipulation, the February 15, 2013 case management conference is hereby vacated. The case management conference shall be reset for  March 29, 2013 at 1:30 p.m.

[In addition, the Court makes the further orders stated below:]

IT IS SO ORDERED.

Dated:   February 14, 2013

_____
UNITED STATES DISTRICT JUDGE