1  IRELL & MANELLA LLP
   Morgan Chu (State Bar No. 70446)
2  Richard M. Birnholz (State Bar No. 151543)
   Babak Redjaian (State Bar No. 185506)
3  1800 Avenue of the Stars, Suite 900
   Los Angeles, CA 90067-4276
4  Telephone: (310) 277-1010
   Facsimile: (310) 203-7199
5
   Attorneys for Plaintiff
6  IPVENTURE, INC.

7

8

9               IN THE UNITED STATES DISTRICT COURT

10             FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12 IPVENTURE, INC.                )
                                  )
13         Plaintiff,              )   Case No. 3:12-cv-04143 JSW
        v.                        )
14                                )   JOINT STIPULATION EXTENDING
   ASUSTEK COMPUTER INC. AND      )   DATE FOR OPPOSITION AND REPLY
15 ASUS COMPUTER INTERNATIONAL    )   ON ASUS'S MOTION TO STAY '668 &
                                  )   '993 PATENTS AND ORDER THEREON
16         Defendants.             )
                                  )
17                                )
                                  )
18

19
          Plaintiff IpVenture, Inc. and Defendants ASUSTeK Computer Inc. and ASUS Computer
20
   International, by and through their respective counsel of record, hereby stipulate as follows:
21
          1.      On March 22, 2013, ASUS filed a Motion To Stay IpVenture's Claims on U.S.
22
   Patent Nos. 6,487,668 and 7,167,993. *See* Document 169. The motion is noticed for hearing on
23
   May 10, 2013 in the above-captioned Court.
24
          2.      Subject to the approval of the Court, to allow IpVenture additional time to consider
25
   its position in response to the motion, the parties have agreed to extend by one week the briefing
26
   schedule for IpVenture's opposition and ASUS's reply.
27

28

3. Accordingly, IpVenture's opposition brief shall be filed not later than April 12, 2013, and ASUS's reply shall be filed not later than April 19, 2013.

4. The hearing date and other dates in this matter will remain the same.

Dated:  April 5, 2013                    *By:  Richard M. Birnholz*

                                                  Richard M. Birnholz

IRELL & MANELLA LLP
Morgan Chu (State Bar No. 70446)
mchu@irell.com
Richard M. Birnholz (State Bar No. 151543)
rbirnholz@irell.com
Babak Redjaian (State Bar No. 185506)
bredjaian@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiff
IPVENTURE, INC.

Dated:  April 5, 2013                    *By:  Michael J. Engle*

                                                  Michael J. Engle

John P. Schnurer
jschnurer@perkinscoie.com
Michael J. Engle
mengle@perkinscoie.com
PERKINS COIE LLP
11988 El Camino Real, Suite 200
San Diego, CA  92130
Phone: (858) 720-5700
Fax: (858) 720-5799

Attorneys for Defendants
ASUSTEK COMPUTER INC. and
ASUS COMPUTER INTERNATIONAL

2799758                       - 2 -                       JOINT STIPULATION EXTENDING DATE FOR OPPOSITION AND REPLY ON ASUS'S MOTION TO STAY '668 & '993 PATENTS

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 8, 2013

_____
Jeffrey S. White
UNITED STATES DISTRICT JUDGE