IRELL & MANELLA LLP
Morgan Chu (State Bar No. 70446)
Richard M. Birnholz (State Bar No. 151543)
Babak Redjaian (State Bar No. 185506)
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiff
IPVENTURE, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IPVENTURE, INC.<br><br>  Plaintiff,<br>  v.<br>ASUSTEK COMPUTER INC. AND<br>ASUS COMPUTER INTERNATIONAL<br><br>  Defendants. | Case No. 3:12-cv-04143 JSW<br><br>STIPULATION TO STAY CLAIMS IN THIS ACTION RELATING TO '668 & '993 PATENTS ONLY   AND ORDER THEREON |

   Plaintiff IpVenture, Inc. and Defendants ASUSTeK Computer Inc. and ASUS Computer International (together "ASUS"), by and through their respective counsel of record, hereby stipulate as follows:

   1.   On March 22, 2013, ASUS filed a Motion To Stay IpVenture's Claims on U.S. Patent Nos. 6,487,668 (the '668 patent) and 7,167,993 (the '993 patent). *See* D.I.169.  The motion is noticed for hearing on May 10, 2013 in the above-captioned Court.

   2.   The claims of the '668 patent and '993 patent are presently the subject of appeal proceedings in the United States Court of Appeals for the Federal Circuit entitled *C. Douglass Thomas v. Jack Pippin*, Federal Circuit Case No. 2013-1142 (consolidated with Nos. 2013-1143

1  and 2013-1144) (the "Federal Circuit Appeal").  The Appeal is from a September 19, 2012

2  decision in an interference proceeding rendered by the United States Patent and Trademark Office

3  ("USTPO") Patent Trial and Appeal Board ("PTAB").

4      3.    Subject to the approval of the Court, IpVenture's claims against ASUS in this

5  action under the '668 patent and '993 patent shall be stayed pending the Federal Circuit's final

6  disposition of the Appeal.

7      4.    The parties shall inform the Court promptly of a final decision in the Appeal to

8  allow the Court to enter such orders as may be appropriate.

9      5.    As part of the stipulation, ASUS withdraws its Motion To Stay IpVenture's Claims

10 on U.S. Patent Nos. 6,487,668 and 7,167,993, D.I. No. 169.  However, this stipulation and

11 withdrawal is without prejudice to ASUS renewing the motion, including after the final

12 disposition of the Appeal, and IpVenture opposing such motion, depending on future

13 circumstances.  The stipulation is further without prejudice to either party moving to stay other

14 parts of the present case or to oppose such motion.  The hearing for the motion to stay on May 10,

15 2013 in the above-captioned Court is removed from the calendar.  The hearing for ASUS' motion

16 to dismiss on May 10, 2013 in the above-captioned Court remains on calendar.

17     6.    The foregoing stay applies to the '668 and '993 patents only and not to IpVenture's

18 claims against ASUS, or any counterclaims that ASUS might assert in the future, with respect to

19 U.S. Patent Nos. 7,506,190 and 7,937,599.

20     7.    Except as expressly stated above, the parties make no admissions and reserve all

21 rights.  This stipulation does not, and is not intended to, create any rights or immunities, express or

22 implied, in any other persons or entities.  This stipulation does not constitute an admission by any

23 of the parties regarding, and has no bearing whatsoever on, any patents not specifically listed

24 above or on any of the parties' claims or contentions in any other matter.

| | | |
|---|---|---|
| 1 | Dated:  April 12, 2013 | By:  *Richard Birnholz* |
| 2 | | Richard M. Birnholz |

IRELL & MANELLA LLP
Morgan Chu (State Bar No. 70446)
mchu@irell.com
Richard M. Birnholz (State Bar No. 151543)
rbirnholz@irell.com
Babak Redjaian (State Bar No. 185506)
bredjaian@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Attorneys for Plaintiff
IPVENTURE, INC.

Dated:  April 12, 2013            By:  *Michael Engle*

Michael J. Engle

John P. Schnurer
jschnurer@perkinscoie.com
Michael J. Engle
mengle@perkinscoie.com
PERKINS COIE LLP
11988 El Camino Real, Suite 200
San Diego, CA  92130
Phone: (858) 720-5700
Fax: (858) 720-5799

Attorneys for Defendants
ASUSTEK COMPUTER INC. and
ASUS COMPUTER INTERNATIONAL

1 **ORDER**

2   PURSUANT TO STIPULATION, IT IS SO ORDERED.

3   Dated:   April 30, 2013

4   _____
5   Jeffery S. White
    UNITED STATES DISTRICT JUDGE