United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IPVENTURE, INC., | |
| Plaintiff, | No. C 12-04143 JSW |
| v. | |
| ASUS COMPUTER INTERNATIONAL, ET AL., | **ORDER REQUIRING REDLINE** |
| Defendants. / | |

In considering Defendants Asustek Computer Inc. and Asus Computer International's motion to dismiss the third amended complaint, the Court would be greatly assisted by the submission of a side-by-side comparison of the relevant portions, or a redline version, of the third amended complaint, filed on February 12, 2013, and the second amended complaint filed on July 13, 2012. Therefore, IT IS HEREBY ORDERED that Plaintiff shall submit such a comparison, preferably a redline version, of the two complaints by no later than 4:00 p.m. on May 3, 2013.

**IT IS SO ORDERED.**

Dated: May 2, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

